FILED

03/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0593

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### DA 21–0593

LANCE MILLION,

*Claimant, Objector and Appellant,*

v.

STATE OF MONTANA, ATTORNEY GENERAL,

*Objectors and Appellees.*

## ORDER GRANTING STATE'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

Upon consideration of Objectors and Appellees' motion for a 30-day extension of time, and good cause appearing therefor, Objectors and Appellees are granted an extension of time to and including May 3, 2022, within which to prepare, serve, and file their Response Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 28 2022